1  ADAM PAUL LAXALT
   Attorney General
2  DARBY PHELPS, Bar No. 14599
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1259
6  E-mail: dphelps@ag.nv.gov

7  *Attorneys for Defendants*
   *Marsha Johns and Brian Ward*

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  RICHARD TRELEASE,
                                          Case No. 3:17-cv-00264-MMD-WGC
12                    Plaintiff,

13  v.                                    **STIPULATION AND ORDER FOR**
                                          **DISMISSAL WITH PREJUDICE**
14  ROMEO ARANAS, et al.,

15  _____
                    Defendants

16        Plaintiff, Richard Trelease, appearing *pro se*, and Defendants, Marsha Johns and Brian Ward, by

17  and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps,

18  Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the

19  above-captioned action should be dismissed with prejudice by order of this Court.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

    / / /
                                  1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

* * *

DATED this 10 day of October, 2018.       DATED this 12 day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: _Richard Trelease_       By: _[signature]_

RICHARD TRELEASE       DARBY PHELPS
*Plaintiff, Pro Se*       Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 15th day of October, 2018.

_[signature]_

UNITED STATES DISTRICT JUDGE